# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAKIHA TYSON,

    Plaintiff(s),

v.

DOUGLAS FIFE, M.D., et al.,

    Defendant(s).

Case No.: 2:18-cv-00028-GMN-NJK

**Order**

[Docket No. 37]

Pending before the Court is a motion to extend all deadlines in the scheduling order, filed by Defendants Douglas Fife, M.D., Fife Dermatology, P.C., and Aubree Little. Docket No. 37. The motion represents that Plaintiff does not object to the extension sought. *Id.* at 6. The Court hereby **SETS** a hearing on that motion for 10:00 a.m. on April 30, 2018, in Courtroom 3A.

The Court will hear argument on the motion generally. In addition, counsel shall be prepared to explain specifically why they have done no discovery to date and, consequently, how they can meet the good cause standard for an extension without having been diligently conducting discovery. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 2000) (good cause exists for extensions to deadlines in the scheduling order when the deadlines cannot reasonably be met despite the diligence of the parties); *see also* Docket No. 34 ("The parties are expected to diligently engage in discovery to meet these deadlines, and any self-imposed stay will not be grounds for a later extension"). Counsel shall also be prepared to explain why they have not exchanged initial disclosures. *But see* Fed. R. Civ. P. 26(a)(1)(C) (setting a default deadline

1

for initial disclosures as 14 days after the Rule 26(f) conference). Lastly, Mr. McBride shall be prepared to explain why the subject depositions cannot be defended by another attorney of record given Mr. McBride's unavailability.

IT IS SO ORDERED.

Dated: April 23, 2018

_____
Nancy J. Koppe
United States Magistrate Judge